IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DARRELL P. HAMPTON**                                                                                             **PLAINTIFF**

**V.**                 **CASE NO. 5:19-CV-60-BSM-BD**

**TAYLOR**                                                                                  **DEFENDANT**

## RECOMMENDED DISPOSITION

**I**.    **Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. Mr. Hampton may file written objections to this Recommendation if he disagrees with its findings or conclusion. If objections are filed, they should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Hampton may waive any right to appeal questions of fact.

**II.**    **Discussion:**

Jimmy Turner, an inmate at the W.C. "Dub" Brassell Detention Center, filed this lawsuit on behalf of Mr. Hampton under 42 U.S.C. § 1983. (Docket entry #1) Because Mr. Hampton did not file either a complete application for leave to proceed *in forma pauperis* ("IFP") or pay the statutory filing fee, the Court ordered him to do one or the other within thirty days. (#2) The Court specifically cautioned Mr. Hampton that his

claims could be dismissed, without prejudice, if he failed to satisfy the filing fee requirement. (#2) As of this date, Mr. Hampton has neither filed an IFP application nor paid the filing fee, as ordered. The time to do so has expired.

## III. Conclusion:

The Court recommends that Mr. Hampton's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's February 12, 2019 Order and his failure to prosecute this lawsuit.

DATED this 15th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE