IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRELL P. HAMPTON                                                  PLAINTIFF

v.                   CASE NO. 5:19-CV-00060 BSM

TAYLOR                                                                DEFENDANT

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 3] is adopted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of April 2019.

                                                                                 _____
                                                                            UNITED STATES DISTRICT JUDGE